Nos. 4,207, 4,211.—STATE, RESPONDENT, *v.* LEWIS DOWNS, APPELLANT.

*Appeals from District Court, Yellowstone County; A. C. Spencer, Judge.*

Decided September 24, 1920.

PER CURIAM.—These causes coming on for hearing this day, and evidence showing settlement in the court below hav-

ing been filed in this court, the appeals in said causes are dismissed.

*Messrs. Morris & Hartwell* and *Messrs. Grimstad & Brown,* for Appellant.

*Mr. James L. Davis, Mr. E. C. Collins* and *Mr. S. C. Ford,* Attorney General, for Respondent.